JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EDWARD BEED, | ) Case No. CV 14-9356-KK |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CHARLES CALLAHAN, | ) |
| Respondent. | ) |

In accordance with the Memorandum and Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: August 12, 2015

*[signature]*

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1